JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA GARCIA, | No. 5:25-cv-01234-AJR |
| Plaintiff, | [PROPOSED] JUDGMENT |
| v. | |
| FRANK BISIGNANO, | |
| Commissioner of Social Security, | |
| Defendant. | |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: 9/11/2025

HON. A. JOEL RICHLIN
United States Magistrate Judge

-1-